AO 248 (Rev. S.D. Ind. 09/20) ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A)

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:15-cr-111-TWP-MJD-2 |
| v. | ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A) |
| LEPARIS SHIVERS | (COMPASSIONATE RELEASE) |

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission,

IT IS ORDERED that the motion is:

☒ GRANTED. The defendant's previously imposed sentence of imprisonment of 29 months is reduced to time served as of December 16, 2020. The term of supervised release remains 3 years.

☒ The defendant shall reside at the home of his mother in Rockford, Illinois, and must provide the complete address the residence upon release to the probation office in the district where the defendant will be released because was not included in the motion for sentence reduction.

☒ The defendant's previously imposed conditions of supervised release as set forth in the judgment of October 8, 2017, are unchanged except as follows:

The first year of Defendant's supervised release will be served under conditions of home detention with GPS monitoring with permission to leave his residence with his probation officer's approval. Defendant is further ordered to comply with any period of quarantine

AO 248 (Rev. S.D. Ind. 09/20) ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A)

due to the COVID-19 epidemic directed by medical staff and/or any state or local health authority, but he shall self-quarantine for no less than 14 days following his release from incarceration.

☒ OTHER:

The Bureau of Prisons is ordered to release the defendant by **5:00 p.m. on Wednesday, December 16, 2020**. The defendant's USM Number is 12752-028. **Counsel for the United States is ordered to transmit this Order to the defendant's custodian within 24 hours after it is entered on the Court's docket.**

**IT IS SO ORDERED**.

Dated: 12/11/2020

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana